No. 24-08027

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,
*Petitioner-Plaintiff*;

v.

BIOGEN, INC., MICHEL VOUNATSOS, and ALISHA AIAMO,
*Respondents-Defendants*;

## MOTION FOR LEAVE TO WITHDRAW

Attorney Shira Tova Kotz, who has made an appearance in this matter on behalf of Oklahoma Firefighters Pension and Retirement System ("Firefighters"), hereby seeks leave of this Court to withdraw her appearance pursuant to Local Rule 12.0(b). Undersigned counsel represents that she has left the firm of Block & Leviton LLP. Firefighters will continue to be represented by the remaining counsel of record at Block & Leviton LLP.

Dated: February 14, 2025          Respectfully submitted,

/s/ Shira T. Kotz
Shira T. Kotz

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, a true and correct copy of the foregoing Motion for Leave to Withdraw was filed electronically with the Clerk's Office of the U.S. Court of Appeals for the First Circuit and that all parties required to be served have been served through that system.

/s/ Shira T. Kotz
Shira T. Kotz
